# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

MARK FREEMAN, et al.
Plaintiff,

v.

Case No. 3:15-cv-00889

HILLSIDE HOSPITAL, LLC, et al.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Mark Freeman hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of New Jersey. Attached is a Certificate of Good Standing from that Court.

s/ Jason T. Brown
Signature

Name: Jason T. Brown

Address: JTB Law Group, LLC

Address: 155 2nd Street, Suite 4

Address: Jersey City, NJ 07302

Phone: (877) 561-0000

Email: jtb@jtblawgroup.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *