# Certificate of Good Standing



## United States of America
## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Jason T. Brown

was duly admitted to practice in said Court as of December 1, 2005, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: February 23, 2015



WILLIAM T. WALSH, CLERK

By _____
Crystal Shanklin, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.